UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO.09-13337

MELVIN CHRISTIAN,

    Plaintiff(s),

-V-

WELLS FARGO BANK, ET.AL,

    Defendant(s).
_____/

## PARTIAL ORDER OF DISMISSAL

At a session of said Court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on the 11th
day of February, 2010.

PRESENT: THE HONORABLE PATRICK J.DUGGAN
UNITED STATES DISTRICT JUDGE

Due notice of an Order to Show Cause why the above case should not be dismissed for failure to serve defendant(s) within 120 days after the filing of the complaint, pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure, has been mailed to counsel of record. No response to the Order to Show Cause has been filed;

IT IS HEREBY ORDERED that the above-entitled case be, and hereby is DISMISSED as to defendant Argent Mortgage only.

                    s/Patrick J. Duggan
                    Patrick J. Duggan
                    United States District Judge

Dated: February 11, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 11, 2010, by electronic and/or ordinary mail.

                    s/Marilyn Orem
                    Case Manager