UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN CHRISTIAN,
        Plaintiff,

v.                                          Case No. 09-13337
                                            Honorable Patrick J. Duggan
WELLS FARGO BANK, ARGENT
MORTGAGE, and THE COUNTY
OF WAYNE,
        Defendants.
_____/

## JUDGMENT

This matter is before the Court on Wayne County's Motion for Summary Judgment

and Dismissal.[1]  For the reasons set forth in an opinion issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Wayne County's motion

is granted and Plaintiff's complaint is **DISMISSED** with prejudice.

                                    s/PATRICK J. DUGGAN
                                    UNITED STATES DISTRICT JUDGE
Date: July 16, 2010

Copies to:
Melvin Christian
11395 Vaughan St.
Detroit, MI 48228

Margaret M. Flanagan, Esq.

_____

        [1]Wells Fargo Bank and Argent Mortgage were dismissed by previous orders of the Court.